AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Eastern District of Michigan

| | | |
|---|---|---|
| Julia Zimmerman<br><br>*Plaintiff,*<br><br>v.<br><br>Elizabeth A. Pensler, D.O., PLLC, et al<br><br>*Defendant.* | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | Civil Action No. 23-11634<br><br>Hon. Nancy G. Edmunds |

## SUMMONS IN A CIVIL ACTION

To: Derek L. Hill, D.O., PLLC

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Deborah L. Gordon
Deborah L. Gordon Assoc.
33 Bloomfield Hills Parkway
Suite 220
Bloomfield Hills, MI 48304
248-258-2500

If you fail to respond, judgment by default may be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

KINIKIA D. ESSIX, CLERK OF COURT

By: s/LGranger
*Signature of Clerk or Deputy Clerk*

Date of Issuance: July 11, 2023



AO 440 (Rev. 06/12) Summons in a Civil Action

# Summons and Complaint Return of Service

Case No. 23-11634
Hon. Nancy G. Edmunds

*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* Derek L. Hill, D.O., PLLC
was received by me on *(date)* 7-17-2023 .

☐ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____, a person of suitable age and discretion who resides there,
on *(date)* _____, and mailed a copy to the individual's last known address; or

☑ I served the summons on *(name of individual)* DEREK L. HILL, D.O., who is
designated by law to accept service of process on behalf of *(name of organization)* DEREK L. HILL, D.O., PLLC
928 E 10 MILE RD, STE 400, FERNDALE, MI 48220 on *(date)* 7-18-2023 ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify)*: _____
_____.

My fees are $ _____ for travel and $ _____ for services, for a total of $ _____ .

I declare under penalty of perjury that this information is true.

Date: 7-18-2023

_____
Server's signature

AARON MARLOW
Printed name and title

_____
Server's address

Additional information regarding attempted service, etc: