UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

JULIA ZIMMERMAN,

    Plaintiff,

vs.

ELIZABETH A. PENSLER, D.O., PLLC
(d/b/a "Pensler Vein and Vascular",
"Pensler Vein and Vascular Surgical
Institute", and "Elizabeth Face +
Body Med Spa") *et al.*

    Defendants.

Case No. 2:23-cv-11634-NGE-APP

Judge: Hon. Nancy G. Edmunds
Magistrate Judge:
Hon. Anthony P. Patti

| **DEBORAH GORDON LAW** | **THE HEALTH LAW PARTNERS, P.C.** |
|---|---|
| Deborah L. Gordon (P27058) | Clinton Mikel (P73496) |
| Elizabeth Marzotto Taylor (P82061) | *Attorneys for the Defendants* |
| Sarah Gordon Thomas (P83935) | Elizabeth A. Pensler, D.O., PLLC |
| Molly Savage (P84472) | (d/b/a "Pensler Vein and Vascular |
| *Attorneys for the Plaintiff* | "Pensler Vein and Vascular Surgical |
| Julia Zimmerman | Institute", and "Elizabeth Face + |
| 33 Bloomfield Hills Parkway, Suite 220 | Body Med Spa"); Elizabeth Med |
| Bloomfield Hills, Michigan 48304 | Spa, PLLC Derek L. Hill, D.O., |
| Tel: (248) 258-2500 | PLLC; (d/b/a "Hill Orthopedics"), |
| dgordon@deborahgordonlaw.com | Elizabeth Pensler, D.O. and |
| emarzottotaylor@deborahgordonlaw.com | Derek Hill, D.O. |
| sthomas@deborahgordonlaw.com | 3200 Northwestern, #240 |
| msavage@deborahgordonlaw.com | Farmington Hill, MI 48334 |
| | Tel: (248) 996-8510 |
| | cmikel@thehlp.com |

## NOTICE OF APPEARANCE

The Health Law Partners, P.C. - 32000 Northwestern Hwy., Ste. 240 - Farmington Hills, MI 48334 - (248) 996-8510

**PLEASE TAKE NOTICE**, that Clinton Mikel, Esq., of The Health Law Partners, P.C., hereby appears for Defendants, Elizabeth A. Pensler, D.O., PLLC (d/b/a "Pensler Vein and Vascular", "Pensler Vein and Vascular Surgical Institute", and "Elizabeth Face + Body Med Spa"), Elizabeth Med Spa, PLLC, Derek L. Hill, D.O., PLLC (d/b/a "**Hill Orthopedics**"), Elizabeth Pensler, D.O. ("**Dr. Pensler**") and Derek Hill, D.O. ("**Dr. Hill**") in the above entitled action, and demands that a copy of any and all documents and papers in this action be served upon the undersigned.

**Dated**: August 1, 2023,       Respectfully submitted,
                                  **THE HEALTH LAW PARTNERS, P.C.**

                                  /s/ Clinton Mikel
                                  Clinton Mikel (P73496)
                                  Attorney for Defendants
                                  Elizabeth A. Pensler, D.O., PLLC (d/b/a Pensler Vein and Vascular, Pensler Vein and Vascular Surgical Institute, and Elizabeth Face + Body Med Spa, Elizabeth Med Spa, PLLC, Derek L. Hill, D.O., PLLC d/b/a Hill Orthopedics, Elizabeth Pensler, D.O. and Derek Hill, D.O.
                                  32000 Northwestern Hwy., Suite 240
                                  Farmington Hills, MI 48334
                                  Phone (248) 996-8510
                                  Fax (248) 996-8525
                                  cmikel@thehlp.com

The Health Law Partners, P.C. - 32000 Northwestern Hwy., Ste. 240 - Southfield, MI 48334 - (248) 996-8510

## CERTIFICATE OF SERVICE

I certify that on August 1, 2023, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which will send email notification of electronic filing to counsel for all parties of record.

                                                 s/Clinton Mikel
                                                 Clinton Mikel
                                                 The Health Law Partners, P.C.
                                                 Attorneys for Defendant Lockard
                                                 32000 Northwestern Hwy., Ste. 240
                                                 Farmington Hills, MI 48334
                                                 (248) 996-8510
                                                 cmikel@thehlp.com

The Health Law Partners, P.C. - 32000 Northwestern Hwy., Ste. 240 - Southfield, MI 48334 - (248) 996-8510