UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

JULIA ZIMMERMAN,

    Plaintiff,

vs.

ELIZABETH A. PENSLER, D.O., PLLC
(d/b/a "Pensler Vein and Vascular",
"Pensler Vein and Vascular Surgical
Institute", and "Elizabeth Face +
Body Med Spa") *et al.*

    Defendants.

Case No. 2:23-cv-11634-NGE-APP

Judge: Hon. Nancy G. Edmunds
Magistrate Judge:
Hon. Anthony P. Patti

| | |
|---|---|
| **DEBORAH GORDON LAW**<br>Deborah L. Gordon (P27058)<br>Elizabeth Marzotto Taylor (P82061)<br>Sarah Gordon Thomas (P83935)<br>Molly Savage (P84472)<br>***Attorneys for the Plaintiff***<br>Julia Zimmerman<br>33 Bloomfield Hills Parkway, Suite 220<br>Bloomfield Hills, Michigan 48304<br>Tel: (248) 258-2500<br>dgordon@deborahgordonlaw.com<br>emarzottotaylor@deborahgordonlaw.com<br>sthomas@deborahgordonlaw.com<br>msavage@deborahgordonlaw.com | **THE HEALTH LAW PARTNERS, P.C.**<br>Clinton Mikel (P73496)<br>***Attorneys for the Defendants***<br>Elizabeth A. Pensler, D.O., PLLC<br>(d/b/a "Pensler Vein and Vascular<br>"Pensler Vein and Vascular Surgical<br>Institute", and "Elizabeth Face +<br>Body Med Spa"); Elizabeth Med<br>Spa, PLLC Derek L. Hill, D.O.,<br>PLLC; (d/b/a "Hill Orthopedics"),<br>Elizabeth Pensler, D.O. and<br>Derek Hill, D.O.<br>3200 Northwestern, #240<br>Farmington Hill, MI 48334<br>Tel: (248) 996-8510<br>cmikel@thehlp.com |

## **INDEX OF EXHIBITS**

**Below is an index of exhibits for Defendants' motion for an extension of time to plead, move or otherwise respond to Plaintiff's First Amended Complaint.**

**EXHIBIT A -** Email Defense Counsel to Plaintiff's Counsel, Tuesday, July 25, 2023 3:02 PM

**EXHIBIT B -** Email Plaintiff's Counsel to Defense Counsel, Tuesday, July 25, 2023 3:17 PM

**EXHIBIT C -** Email Defense Counsel to Plaintiff's Counsel, Wednesday, July 26, 2023 4:50 PM

**EXHIBIT D -** Email Plaintiff's Counsel to Defense Counsel, Thursday, July 27, 2023 2:05 PM

**EXHIBIT E -** Email Defense Counsel to Plaintiff's Counsel, Thursday, July 27, 2023 3:26 PM and Email Plaintiff's Counsel to Defense Counsel Thursday, July 27, 2023 4:08 PM

**EXHIBIT F -** Email Defense Counsel to Plaintiff's Counsel, Monday, July 31, 2023 2:23 PM

**EXHIBIT G -** Email Plaintiff's Counsel to Defense Counsel, Monday, July 31, 2023 2:31 PM

**EXHIBIT H -** Email Defense Counsel to Plaintiff's Counsel, Monday, July 31, 2023 2:57 PM

**Dated**: August 1, 2023,

Respectfully submitted,
**THE HEALTH LAW PARTNERS, P.C.**

/s/ Clinton Mikel
Clinton Mikel (P73496)
Attorney for Defendants
Elizabeth A. Pensler, D.O., PLLC (d/b/a Pensler Vein and Vascular, Pensler Vein and Vascular Surgical Institute, and Elizabeth Face + Body Med Spa, Elizabeth Med Spa, PLLC, Derek L. Hill, D.O., PLLC d/b/a Hill Orthopedics, Elizabeth Pensler, D.O. and Derek Hill, D.O.
32000 Northwestern Hwy., Suite 240

The Health Law Partners, P.C. - 32000 Northwestern Hwy., Ste. 240 - Southfield, MI 48334 - (248) 996-8510

Farmington Hills, MI 48334  
Phone (248) 996-8510  
Fax (248) 996-8525  
cmikel@thehlp.com

## CERTIFICATE OF SERVICE

I certify that on August 1, 2023, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which will send email notification of electronic filing to counsel for all parties of record.

s/Clinton Mikel  
Clinton Mikel  
The Health Law Partners, P.C.  
Attorneys for Defendant Lockard  
32000 Northwestern Hwy., Ste. 240  
Farmington Hills, MI 48334  
(248) 996-8510  
cmikel@thehlp.com