# EXHIBIT A

|          |                                                                                   |
|----------|-----------------------------------------------------------------------------------|
| **From:**    | Adrienne Dresevic                                                             |
| **Sent:**    | Tuesday, July 25, 2023 3:02 PM                                                |
| **To:**      | dgordon@deborahgordonlaw.com                                                  |
| **Cc:**      | emarzottotaylor@deborahgordonlaw.com; sthomas@deborahgordonlaw.com; msavage@deborahgordonlaw.com; Adrienne Dresevic; Clinton Mikel; Jonathan Messina |
| **Subject:** | Pensler et al /Request for extension                                          |

Deborah,

Good afternoon. We have been retained by Elizabeth A. Pensler, D.O., PLLC (d/b/a "Pensler Vein and Vascular", "Pensler Vein and Vascular Surgical Institute", and "Elizabeth Face + Body Med Spa"), Elizabeth Pensler, D.O., Elizabeth Med a, PLLC, Derek Hill, D.O. and Derek L. Hill, D.O., PLLC (d/b/a "Hill Orthopedics") in connection with the recent civil complaint filed by Julia Zimmerman in the District Court for the Eastern District of Michigan under Case No. 2:23-cv-11634-NGE-APP. According to the Docket, a response is due for certain Defendants on August 7, 2023, and others on August 8, 2023.

We are assessing the Complaint and our options. We respectfully request a 45-day extension of time for all defendants to respond to the Complaint. As such, our adjourned response would be due on September 22, 2023 (i.e., 45 days). We would of course grant the same courtesy by providing a reasonable amount of time to respond.

Please consider this email as our good faith effort to meet-and-confer on the requested extension pursuant to Local Rule 7.1(a) to determine if the extension will be opposed.

  If you concur in the extension request, we will draft a joint motion for the extension of time for your review and approval. We would appreciate an expeditious response to submit a timely extension request.


Best,

Adrienne



**Adrienne Dresevic**
**Founding Shareholder**

**O.** (248) 996-8510
**F.** (248) 996-8525
**A.** 32000 Northwestern, # 240, Farmington Hills, MI 48334
**E.** adresevic@thehlp.com

   

The Health Law Partners, P.C., is a Michigan professional corporation.

We operate additional offices in New York as "The Dresevic, Iwrey, Kalmowitz & Pendleton Law Group."

CONFIDENTIAL: This email and its attachment(s) contain information which may be privileged, confidential, or otherwise protected from use/disclosure. Some information, such as health information, may be further protected by state and federal laws, which may impose liability for the recipient's improper use, disclosure, or retention of the information. The information is for the intended addressee only. If you are not the intended addressee, any disclosure, copy, retention, distribution or use of the contents of this message is prohibited. If you have received this electronic message in error, please notify HLP immediately by calling (248) 996-8510, or emailing us at partners@thehlp.com, and destroy the original communication and all copies thereof. This email is not meant to constitute an electronic signature or evidence intent to contract electronically.