# EXHIBIT B

Thank you for your prompt attention to this matter. Please let me know if you have any questions or concerns.

Regards,

Adrienne Dresevic, Esq.
The Health Law Partners, P.C.
32000 Northwestern Hwy., Suite 240
Farmington Hills, MI 48334
Telephone: (248) 996-8510
Facsimile: (248) 996-8525
Email: adresevic@thehlp.com
www.thehealthlawpartners.com