# EXHIBIT C

| From: | Clinton Mikel |
|---|---|
| Sent: | Wednesday, July 26, 2023 4:50 PM |
| To: | Elizabeth Marzotto Taylor; Adrienne Dresevic; Deborah Gordon |
| Cc: | Sarah Gordon Thomas; Molly Savage; Jonathan Messina; Clinton Mikel |
| Subject: | RE: Pensler et al /Request for extension |

Hi, Elizabeth,

I'm perplexed by your refusal to grant a first request for an extension of time of more than a week (we requested 45 days). I am optimistic it is a misunderstanding – it would be rare that we encounter a refusal to grant professional courtesies. I note our firm has worked cooperatively with yours in the lead-up to your filing (FYI -- your firm told us you were sending a settlement demand – did we miss that?).

Under FRCP 15, "a party shall plead in response to an amended pleading within the time remaining for response to the original pleading or within 10 days after service of the amended pleading, whichever period may be the longer." We are not aware of any actual service of the Amended Complaint. Are you contending that your email to us is service or that service has been made in some other way? Please advise.

Even if the Amended Complaint has been served (or that we would accept service), that would require responses on the original response dates. We would accept service via email in exchange for a requested adjournment of our response. At minimum, we are asking that you grant an adjournment of 45 days from August 8, 2023, and make the response for all Defendants due on September 23, 2023.

We normally don't need to do this -- but, to flesh out why we need an adjournment: (1) I am working on this matter, and I/Adrienne and our associate Jonathan have a busy client docket (transactional and litigation); (2) we have multiple pre-planned vacations; (3) we have summertime camp/childcare logistics; (4) we have out-of-town cases and work travel; (5) you have named five defendants (two individuals and three entities, with associated d/b/a's) – we still don't have a clear plan as to whether we are providing joint representation, or if we are representing the individually named defendants; and (6) we still need to evaluate changes to your First Amended Complaint, internally and with the client. September 23, 2023, takes us out of summer, and back to kids-in-school.

Under LR 7.1(a), please confirm whether you will oppose an extension until September 23, 2023, for all Defendants to respond to the First Amended Complaint.

We would be happy to draft the stipulation and/or joint motion for the extension. If you will not consent and/or intend to oppose this reasonable request, please be clear about that because we will need to file a motion with the Court for the requested time and we will need to advise the Court that we met and conferred. If you oppose, we would ask for the same courtesy we provided you above where we outlined reasons for our request – we would like to see reasons for your opposition (if any). Happy to setup a telephone meet and confer if you don't think email is adequate.

Please advise.

Thanks, Clinton



**Clinton Mikel**
Partner
**O.** (248) 996-8510  **M.** (313) 600-8587
**F.** (248) 996-8525
**A.** 32000 Northwestern, # 240, Farmington Hills, MI 48334
**E.** cmikel@thehlp.com



The Health Law Partners, P.C., is a Michigan professional corporation.

We operate additional offices in New York as "The Dresevic, Iwrey, Kalmowitz & Pendleton Law Group."

CONFIDENTIAL: This email and its attachment(s) contain information which may be privileged, confidential, or otherwise protected from use/disclosure. Some information, such as health information, may be further protected by state and federal laws, which may impose liability for the recipient's improper use, disclosure, or retention of the information. The information is for the intended addressee only. If you are not the intended addressee, any disclosure, copy, retention, distribution or use of the contents of this message is prohibited. If you have received this electronic message in error, please notify HLP immediately by calling (248) 996-8510, or emailing us at partners@thehlp.com, and destroy the original communication and all copies thereof. This email is not meant to constitute an electronic signature or evidence intent to contract electronically.

**From:** Elizabeth Marzotto Taylor <emt@deborahgordonlaw.com>
**Sent:** Tuesday, July 25, 2023 3:17 PM
**To:** Adrienne Dresevic <ADresevic@thehlp.com>; Deborah Gordon <dgordon@deborahgordonlaw.com>
**Cc:** Sarah Gordon Thomas <sthomas@deborahgordonlaw.com>; Molly Savage <msavage@deborahgordonlaw.com>; Clinton Mikel <CMikel@thehlp.com>; Jonathan Messina <jmessina@thehlp.com>
**Subject:** RE: Pensler et al /Request for extension

You don't often get email from emt@deborahgordonlaw.com. Learn why this is important

Adrienne,

Plaintiff's Amended Complaint is attached. We will agree to a one-week extension of Defendants' time to respond.

Regards,



Elizabeth Marzotto Taylor | Attorney & Counselor |
D E B O R A H   G O R D O N   L A W
| phone: (248) 258-2500
| fax: (248) 258-7881
| website: www.deborahgordonlaw.com

---

**From:** Adrienne Dresevic <ADresevic@thehlp.com>
**Sent:** Tuesday, July 25, 2023 3:02 PM
**To:** Deborah Gordon <dgordon@deborahgordonlaw.com>
**Cc:** Elizabeth Marzotto Taylor <emt@deborahgordonlaw.com>; Sarah Gordon Thomas <sthomas@deborahgordonlaw.com>; Molly Savage <msavage@deborahgordonlaw.com>; Adrienne Dresevic <ADresevic@thehlp.com>; Clinton Mikel <CMikel@thehlp.com>; Jonathan Messina <jmessina@thehlp.com>
**Subject:** Pensler et al /Request for extension

Deborah,

Good afternoon. We have been retained by Elizabeth A. Pensler, D.O., PLLC (d/b/a "Pensler Vein and Vascular", "Pensler Vein and Vascular Surgical Institute", and "Elizabeth Face + Body Med Spa"), Elizabeth Pensler, D.O., Elizabeth Med a, PLLC, Derek Hill, D.O. and Derek L. Hill, D.O., PLLC (d/b/a "Hill Orthopedics") in connection with the recent civil complaint filed by Julia Zimmerman in the District Court for the Eastern District of Michigan under Case No. 2:23-cv-11634-NGE-APP. According to the Docket, a response is due for certain Defendants on August 7, 2023, and others on August 8, 2023.