# EXHIBIT E

| From: | Clinton Mikel |
|---|---|
| Sent: | Thursday, July 27, 2023 3:26 PM |
| To: | Elizabeth Marzotto Taylor; Adrienne Dresevic; Jonathan Messina |
| Cc: | Deborah Gordon; Molly Savage; Sarah Gordon Thomas; Monique Selby |
| Subject: | RE: Pensler et al /Request for extension |

Hi, Elizabeth,

You keep saying Answer – I am not sure that we are answering/counterclaiming as opposed to filing a Motion to Dismiss right now. This is one of the reasons we need time, but I neglected to enumerate this below. I thought it was implicit. Does that change anything?

If you are saying we only get an extra week, unfortunately we will have to file a Motion. I am assuming that you will oppose. To make sure that there is no question about meeting Local Rules, can we please setup a brief oral meet-and-confer? If we must waste the Court's time on this, I want to make sure that we have tried every angle.

<u>Monique</u> – Can you please coordinate for next couple of days?

Thanks, Clinton



**Clinton Mikel**
Partner
**O.** (248) 996-8510  **M.** (313) 600-8587
**F.** (248) 996-8525
**A.** 32000 Northwestern, # 240, Farmington Hills, MI 48334
**E.** cmikel@thehlp.com



The Health Law Partners, P.C., is a Michigan professional corporation.
We operate additional offices in New York as "The Dresevic, Iwrey, Kalmowitz & Pendleton Law Group."

CONFIDENTIAL: This email and its attachment(s) contain information which may be privileged, confidential, or otherwise protected from use/disclosure. Some information, such as health information, may be further protected by state and federal laws, which may impose liability for the recipient's improper use, disclosure, or retention of the information. The information is for the intended addressee only. If you are not the intended addressee, any disclosure, copy, retention, distribution or use of the contents of this message is prohibited. If you have received this electronic message in error, please notify HLP immediately by calling (248) 996-8510, or emailing us at partners@thehlp.com, and destroy the original communication and all copies thereof. This email is not meant to constitute an electronic signature or evidence intent to contract electronically.

**From:** Elizabeth Marzotto Taylor <emt@deborahgordonlaw.com>
**Sent:** Thursday, July 27, 2023 2:05 PM
**To:** Clinton Mikel <CMikel@thehlp.com>; Adrienne Dresevic <ADresevic@thehlp.com>; Jonathan Messina <jmessina@thehlp.com>
**Cc:** Deborah Gordon <dgordon@deborahgordonlaw.com>; Molly Savage <msavage@deborahgordonlaw.com>; Sarah Gordon Thomas <sthomas@deborahgordonlaw.com>
**Subject:** Re: Pensler et al /Request for extension

> You don't often get email from emt@deborahgordonlaw.com. Learn why this is important

Hi Clinton,
Our office does not provide 45-day extensions for the purpose of an answer, as doing so would create a disadvantage to our client. As I explained previously, we would agree to a one-week extension as a professional courtesy.

| From: | Elizabeth Marzotto Taylor <emt@deborahgordonlaw.com> |
|---|---|
| Sent: | Thursday, July 27, 2023 4:08 PM |
| To: | Clinton Mikel; Adrienne Dresevic; Jonathan Messina |
| Cc: | Deborah Gordon; Molly Savage; Sarah Gordon Thomas; Monique Selby |
| Subject: | RE: Pensler et al /Request for extension |

Clinton,
We understood from Adrienne's email that you were considering a motion. This doesn't change our position. Happy to get on with you in any event.

R,



Elizabeth Marzotto Taylor |Attorney & Counselor |

D E B O R A H  G O R D O N  L A W

|phone: (248) 258-2500
|fax: (248) 258-7881
|website: www.deborahgordonlaw.com

---

**From:** Clinton Mikel <CMikel@thehlp.com>
**Sent:** Thursday, July 27, 2023 3:26 PM
**To:** Elizabeth Marzotto Taylor <emt@deborahgordonlaw.com>; Adrienne Dresevic <ADresevic@thehlp.com>; Jonathan Messina <jmessina@thehlp.com>
**Cc:** Deborah Gordon <dgordon@deborahgordonlaw.com>; Molly Savage <msavage@deborahgordonlaw.com>; Sarah Gordon Thomas <sthomas@deborahgordonlaw.com>; Monique Selby <mselby@thehlp.com>
**Subject:** RE: Pensler et al /Request for extension

Hi, Elizabeth,

You keep saying Answer – I am not sure that we are answering/counterclaiming as opposed to filing a Motion to Dismiss right now. This is one of the reasons we need time, but I neglected to enumerate this below. I thought it was implicit. Does that change anything?

If you are saying we only get an extra week, unfortunately we will have to file a Motion. I am assuming that you will oppose. To make sure that there is no question about meeting Local Rules, can we please setup a brief oral meet-and-confer? If we must waste the Court's time on this, I want to make sure that we have tried every angle.

**Monique** – Can you please coordinate for next couple of days?

Thanks, Clinton



1