# EXHIBIT F

| From: | Clinton Mikel |
|---|---|
| Sent: | Monday, July 31, 2023 2:23 PM |
| To: | Elizabeth Marzotto Taylor; Monique Selby; Adrienne Dresevic; Jonathan Messina |
| Cc: | Deborah Gordon; Molly Savage; Sarah Gordon Thomas |
| Subject: | RE: Pensler et al /Request for extension |

Hi, Elizabeth,

We waited 20 minutes on the call but you didn't join, despite having accepted the invitation. I hope everything is OK.

**Happy to re-schedule the call if you like, BUT, given what we calculate deadlines to be we need to file Motion for Extension ASAP, so re-schedule would need to be ASAP.**

**To finish off the meet-and-confer via email since you missed our call.** We gave you below very detailed reasons why we *need* an extension. Additionally, I will add that: (i) our client has been in Spain and are just getting back this week; (ii) my father-in-law is going into hospice shortly, and I anticipate travel between here/MO will be added into the mix; (iii) my mother is having surgery to remove thyroid cancer at the end of August; and (iv) client is still waiting to hear if insurance panel counsel may be appointed/take over, and that will add time. Again, I have never been in a position of begging opposing counsel for a standard extension, and am perplexed at your opposition.

I asked below for you to detail any reason you would be objecting to an extension – your only response was that it would prejudice your client.

**First**, are there any other reasons you would object?

**Second**, please detail how an extension would prejudice your client.

Finally, in the spirit of compromise we would settle on a 30-day negotiated extension until September 11, 2023, and, of course, would grant you reciprocity. If we have to file the Motion, though, that takes additional time off our plate and we would be asking for 45-days.

**Please let me know ASAP. I anticipate we would be filing a Motion tomorrow.**

Thanks, Clinton



**Clinton Mikel**
Partner
**O.** (248) 996-8510  **M.** (313) 600-8587
**F.** (248) 996-8525
**A.** 32000 Northwestern, # 240, Farmington Hills, MI 48334
**E.** cmikel@thehlp.com

   

The Health Law Partners, P.C., is a Michigan professional corporation.

We operate additional offices in New York as "The Dresevic, Iwrey, Kalmowitz & Pendleton Law Group."

CONFIDENTIAL: This email and its attachment(s) contain information which may be privileged, confidential, or otherwise protected from use/disclosure. Some information, such as health information, may be further protected by state and federal laws, which may impose liability for the recipient's improper use, disclosure, or retention of the information. The information is for the intended addressee only. If you are not the intended addressee, any disclosure, copy, retention, distribution or use of the contents of this message is prohibited. If you have received this electronic message in error, please notify HLP immediately by calling (248) 996-8510, or emailing us at partners@thehlp.com, and destroy the original communication and all copies thereof. This email is not meant to constitute an electronic signature or evidence intent to contract electronically.

**From:** Elizabeth Marzotto Taylor <emt@deborahgordonlaw.com>
**Sent:** Thursday, July 27, 2023 4:08 PM
**To:** Monique Selby <mselby@thehlp.com>; Clinton Mikel <CMikel@thehlp.com>; Adrienne Dresevic <ADresevic@thehlp.com>; Jonathan Messina <jmessina@thehlp.com>
**Cc:** Deborah Gordon <dgordon@deborahgordonlaw.com>; Molly Savage <msavage@deborahgordonlaw.com>; Sarah Gordon Thomas <sthomas@deborahgordonlaw.com>
**Subject:** RE: Pensler et al /Request for extension

Monique,
We can talk Monday at 2pm.

Thanks,



Elizabeth Marzotto Taylor |Attorney & Counselor |

D E B O R A H   G O R D O N   L A W

|phone: (248) 258-2500
|fax: (248) 258-7881
|website: www.deborahgordonlaw.com

---

**From:** Monique Selby <mselby@thehlp.com>
**Sent:** Thursday, July 27, 2023 3:56 PM
**To:** Clinton Mikel <CMikel@thehlp.com>; Elizabeth Marzotto Taylor <emt@deborahgordonlaw.com>; Adrienne Dresevic <ADresevic@thehlp.com>; Jonathan Messina <jmessina@thehlp.com>
**Cc:** Deborah Gordon <dgordon@deborahgordonlaw.com>; Molly Savage <msavage@deborahgordonlaw.com>; Sarah Gordon Thomas <sthomas@deborahgordonlaw.com>
**Subject:** RE: Pensler et al /Request for extension

Hi all,

Clinton and Adrienne are available on the following days/times for a call:
Tomorrow, Friday 7/28 - 10am EST and after 4pm EST
Monday 7/31 - 11am EST, 2pm EST and after 4pm EST
Tuesday 8/1 – 10am EST and after 2pm EST.

Please let me know what works best for everyone.

Thank you!

Monique



**Monique Selby**
**Office Manager/Executive Assistant**

**O.** (248) 996-8510

**F.** (248) 996-8525
**A.** 32000 Northwestern, # 240, Farmington Hills, MI 48334
**E.** mselby@thehlp.com

The Health Law Partners, P.C., is a Michigan professional corporation.

We operate additional offices in New York as "The Dresevic, Iwrey, Kalmowitz & Pendleton Law Group."

CONFIDENTIAL: This email and its attachment(s) contain information which may be privileged, confidential, or otherwise protected from use/disclosure. Some information, such as health information, may be further protected by state and federal laws, which may impose liability for the recipient's improper use, disclosure, or retention of the information. The information is for the intended addressee only. If you are not the intended addressee, any disclosure, copy, retention, distribution or use of the contents of this message is prohibited. If you have received this electronic message in error, please notify HLP immediately by calling (248) 996-8510, or emailing us at partners@thehlp.com, and destroy the original communication and all copies thereof. This email is not meant to constitute an electronic signature or evidence intent to contract electronically.

**From:** Clinton Mikel <CMikel@thehlp.com>
**Sent:** Thursday, July 27, 2023 3:26 PM
**To:** Elizabeth Marzotto Taylor <emt@deborahgordonlaw.com>; Adrienne Dresevic <ADresevic@thehlp.com>; Jonathan Messina <jmessina@thehlp.com>
**Cc:** Deborah Gordon <dgordon@deborahgordonlaw.com>; Molly Savage <msavage@deborahgordonlaw.com>; Sarah Gordon Thomas <sthomas@deborahgordonlaw.com>; Monique Selby <mselby@thehlp.com>
**Subject:** RE: Pensler et al /Request for extension

Hi, Elizabeth,

You keep saying Answer – I am not sure that we are answering/counterclaiming as opposed to filing a Motion to Dismiss right now. This is one of the reasons we need time, but I neglected to enumerate this below. I thought it was implicit. Does that change anything?

If you are saying we only get an extra week, unfortunately we will have to file a Motion. I am assuming that you will oppose. To make sure that there is no question about meeting Local Rules, can we please setup a brief oral meet-and-confer? If we must waste the Court's time on this, I want to make sure that we have tried every angle.

<u>**Monique**</u> – Can you please coordinate for next couple of days?

Thanks, Clinton



**Clinton Mikel**
Partner
**O.** (248) 996-8510  **M.** (313) 600-8587
**F.** (248) 996-8525
**A.** 32000 Northwestern, # 240, Farmington Hills, MI 48334
**E.** cmikel@thehlp.com



The Health Law Partners, P.C., is a Michigan professional corporation.

We operate additional offices in New York as "The Dresevic, Iwrey, Kalmowitz & Pendleton Law Group."

CONFIDENTIAL: This email and its attachment(s) contain information which may be privileged, confidential, or otherwise protected from use/disclosure. Some information, such as health information, may be further protected by state and federal laws, which may impose liability for the recipient's improper use, disclosure, or retention of the information. The information is for the intended addressee only. If you are not the intended addressee, any disclosure, copy, retention, distribution or use of the contents of this message is prohibited. If you have received this electronic message in error, please notify HLP immediately by calling (248) 996-8510, or emailing us at partners@thehlp.com, and destroy the original communication and all copies thereof. This email is not meant to constitute an electronic signature or evidence intent to contract electronically.