# EXHIBIT G

**From:** Deborah Gordon <dgordon@deborahgordonlaw.com>
**Sent:** Monday, July 31, 2023 2:31 PM
**To:** Clinton Mikel; Elizabeth Marzotto Taylor; Monique Selby; Adrienne Dresevic; Jonathan Messina
**Cc:** Molly Savage; Sarah Gordon Thomas
**Subject:** RE: Pensler et al /Request for extension

Clinton, I apologize for missing the call. I was in a meeting and lost track of the time. I am in the office. Please give us a call.

Deb

Deborah Gordon |Attorney & Counselor|
DEBORAH GORDON LAW
|phone: (248) 258-2500
|fax: (248) 258-7881
|website: www.deborahgordonlaw.com

---

**From:** Clinton Mikel <CMikel@thehlp.com>
**Sent:** Monday, July 31, 2023 2:23 PM
**To:** Elizabeth Marzotto Taylor <emt@deborahgordonlaw.com>; Monique Selby <mselby@thehlp.com>; Adrienne Dresevic <ADresevic@thehlp.com>; Jonathan Messina <jmessina@thehlp.com>
**Cc:** Deborah Gordon <dgordon@deborahgordonlaw.com>; Molly Savage <msavage@deborahgordonlaw.com>; Sarah Gordon Thomas <sthomas@deborahgordonlaw.com>
**Subject:** RE: Pensler et al /Request for extension

Hi, Elizabeth,

We waited 20 minutes on the call but you didn't join, despite having accepted the invitation. I hope everything is OK.

**Happy to re-schedule the call if you like, BUT, given what we calculate deadlines to be we need to file Motion for Extension ASAP, so re-schedule would need to be ASAP.**

**To finish off the meet-and-confer via email since you missed our call.** We gave you below very detailed reasons why we *need* an extension. Additionally, I will add that: (i) our client has been in Spain and are just getting back this week; (ii) my father-in-law is going into hospice shortly, and I anticipate travel between here/MO will be added into the mix; (iii) my mother is having surgery to remove thyroid cancer at the end of August; and (iv) client is still waiting to hear if insurance panel counsel may be appointed/take over, and that will add time. Again, I have never been in a position of begging opposing counsel for a standard extension, and am perplexed at your opposition.

I asked below for you to detail any reason you would be objecting to an extension – your only response was that it would prejudice your client.

**First**, are there any other reasons you would object?

**Second**, please detail how an extension would prejudice your client.