# EXHIBIT H

| From: | Clinton Mikel |
|---|---|
| Sent: | Monday, July 31, 2023 2:57 PM |
| To: | Deborah Gordon; Elizabeth Marzotto Taylor; Monique Selby; Adrienne Dresevic; Jonathan Messina |
| Cc: | Molly Savage; Sarah Gordon Thomas |
| Subject: | RE: Pensler et al /Request for extension |

Hi, Deb,

Thank you for the call.

**Recapping the meet and confer portion**:

> Your office has 3 or possibly 4 trials coming up. You were concerned that if you gave us the requested extension, that it would conflict with those trials date-wise. Essentially, we both have extremely tight schedules at the moment – personally and professionally.

> I offered to accommodate your trials with corollary or greater extensions (as noted in the email chain below). You said that this would push all of this case too far back with briefings before anything ever got started, and that would prejudice your client.

> I asked if you would consider the 30-day extension as a compromise. You said no. You said that you might consider a 2-week extension, but that you couldn't commit to that at the moment. You would have to do the math on the dates to see if you could give that much of an extension without prejudicing your client/conflicting with your trial schedules. I didn't see a point in you doing the math/dates, since 14-days would not work with what we need for an extension.

> I indicated that we would be forced to file a motion, and you indicated that was fine and you would oppose.

I attempted to make this an accurate/neutral recap. If you disagree with anything please let us know.

Thanks, Clinton



## Clinton Mikel
**Partner**
**O.** (248) 996-8510  **M.** (313) 600-8587
**F.** (248) 996-8525
**A.** 32000 Northwestern, # 240, Farmington Hills, MI 48334
**E.** cmikel@thehlp.com

  

The Health Law Partners, P.C., is a Michigan professional corporation.

We operate additional offices in New York as "The Dresevic, Iwrey, Kalmowitz & Pendleton Law Group."

CONFIDENTIAL: This email and its attachment(s) contain information which may be privileged, confidential, or otherwise protected from use/disclosure. Some information, such as health information, may be further protected by state and federal laws, which may impose liability for the recipient's improper use, disclosure, or retention of the information. The information is for the intended addressee only. If you are not the intended addressee, any disclosure, copy, retention, distribution or use of the contents of this message is prohibited. If you have received this electronic message in error, please notify HLP immediately by calling (248) 996-8510, or emailing us at partners@thehlp.com, and destroy the original communication and all copies thereof. This email is not meant to constitute an electronic signature or evidence intent to contract electronically.