UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

**JULIA ZIMMERMAN,**

    Plaintiff,

vs.

**ELIZABETH A. PENSLER, D.O., PLLC d/b/a "PENSLER VEIN AND VASCULAR SURGICAL INSTITUTE" and "ELIZABETH FACE + BODY MED SPA",** a Michigan Professional Limited Liability Company, **ELIZABETH A. PENSLER, D.O.,** an Individual, **ELIZABETH MED SPA, PLLC,** A Michigan Professional Limited Liability Company, **DEREK L. HILL, D.O., PLLC d/b/a "HILL ORTHOPEDICS",** a Domestic Professional Limited Liability Company, **DEREK L. HILL, D.O.,** an Individual, *Jointly and severally in their individual and official capacities,*

    Defendants.

Case No: 23-cv-11634
Hon. Nancy G. Edmunds
Mag. Judge Anthony P. Patti

| **DEBORAH GORDON LAW** | **THE HEALTH LAW PARTNERS, P.C.** |
|---|---|
| Deborah L. Gordon (P27058) | Clinton Mikel (P73496) |
| Elizabeth Marzotto Taylor (P82061) | *Attorneys for the Defendants* |
| Sarah Gordon Thomas (P83935) | 32000 Northwestern Highway, Suite 240 |
| Molly Savage (P84472) | Farmington Hills, MI 48334 |
| *Attorneys for Plaintiff* | Tel: (248)996-8510 |
| 33 Bloomfield Hills Parkway, Suite 220 | emikel@thehlp.com |
| Bloomfield Hills, Michigan 48304 | |
| (248) 258-2500 | |
| dgordon@deborahgordonlaw.com | |
| emarzottotaylor@deborahgordonlaw.com | |
| sthomas@deborahgordonlaw.com | |
| msavage@deborahgordonlaw.com | |

## PROOF OF SERVICE

I, **Teresa D'Costa-Cedillo**, hereby certify that I am a Legal Assistant, employed by Deborah Gordon Law.

On July 25, 2023, on behalf of Deborah Gordon Law, I printed out five (5) copies of the Plaintiff's First Amended Complaint and Jury Demand, and placed each one into a separate envelope. Each envelope was addressed to an individual Defendant. I then placed each of these five (5) envelopes into a delivery box to be delivered to each Defendant via FedEx.

On July 27, 2023, I received an email from FedEx confirming that each envelope was delivered to the respective Defendants in this case on July 26, 2023.

I declare under penalty of perjury that this information is true.

Dated: August 1, 2023                                    /s/*Teresa D'Costa-Cedillo*
                                                        **Teresa D'Costa-Cedillo**
                                                        Legal Assistant
                                                        for Deborah Gordon Law