UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

Julia Zimmerman,

                Plaintiff(s),

v.                                            Case No. 2:23−cv−11634−NGE−APP
                                                 Hon. Nancy G. Edmunds

Elizabeth A. Pensler, D.O.,
PLLC, et al.,

                Defendant(s),

## NOTICE OF DETERMINATION OF MOTION
## WITHOUT ORAL ARGUMENT

The following motion(s) have been filed:

      Motion to Dismiss – #19

Pursuant to Eastern District of Michigan LR 7.1(f)(2), the motion(s) will be determined by District Judge Nancy G. Edmunds *without* oral argument.

Courtesy copies are not required.

Motion will be decided by the briefs unless otherwise ordered by the Court.

## Certificate of Service

I hereby certify that this Notice was electronically filed, and the parties and/or counsel of record were served.

                                              By: s/L. Bartlett
                                                   Case Manager

Dated:   September 26, 2023