## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF MICHIGAN
## SOUTHERN DIVISION

**JULIA ZIMMERMAN,**

      Plaintiff,

vs.

**ELIZABETH A. PENSLER, D.O., PLLC d/b/a "PENSLER VEIN AND VASCULAR SURGICAL INSTITUTE" and "ELIZABETH FACE + BODY MED SPA",** a Michigan Professional Limited Liability Company, **ELIZABETH A. PENSLER, D.O.,** an Individual, **ELIZABETH MED SPA, PLLC,** A Michigan Professional Limited Liability Company, **DEREK L. HILL, D.O., PLLC d/b/a "HILL ORTHOPEDICS",** a Domestic Professional Limited Liability Company, **DEREK L. HILL, D.O.,** an Individual, *Jointly and severally in their individual and official capacities,*

      Defendants.

Case No: 23-cv-11634
Hon. Nancy G. Edmunds
Mag. Judge Anthony P. Patti

---

## STIPULATED ORDER EXTENDING TIME TO RESPOND TO MOTION REQUESTING JUDICIAL NOTICE [ECF NO. 18] AND MOTION TO DISMISS [ECF NO. 19]

This matter having come before the Court upon the stipulation of the parties, the parties hereby stipulate to extend their deadlines within which to respond and reply to Defendants' Motion Requesting the Court to Take Judicial Notice [ECF No. 18] and Motion to Dismiss [ECF No. 19] as follows:

- Plaintiff's time to respond to Defendants' Motion Requesting the Court to Take Judicial Notice [ECF No. 18] is extended from October 9, 2023 up to and including October 20, 2023;

- Defendants' time to reply to their Motion Requesting the Court to Take Judicial Notice [ECF No. 18] is extended from October 16, 2023 up to and including November 7, 2023;

- Plaintiff's time to respond to Defendants' Motion to Dismiss [ECF No. 19] is extended from October 16, 2023, up to and including October 20, 2023.

- Defendants' time to reply to their Motion to Dismiss [ECF No. 19] is extended up to and including November 7, 2023.

**IT IS SO ORDERED**.

s/ Nancy G. Edmunds
Hon.  Nancy G. Edmunds
U.S. District Court Judge

Dated:  September 28, 2023

Stipulated And Agreed:
**DEBORAH GORDON LAW**
Deborah L. Gordon (P27058)
**/s/Elizabeth Marzotto Taylor (P82061)**
Sarah Gordon Thomas (P83935)
Molly Savage (P84472)
***Attorneys for Plaintiff***
33 Bloomfield Hills Parkway, Suite 220
Bloomfield Hills, Michigan 48304
(248) 258-2500
dgordon@deborahgordonlaw.com
emarzottotaylor@deborahgordonlaw.com
sthomas@deborahgordonlaw.com
msavage@deborahgordonlaw.com

**THE HEALTH LAW PARTNERS, P.C.**
**/s/Clinton Mikel (P73496)**
***Attorneys for the Defendants***
32000 Northwestern Highway, Suite 240
Farmington Hills, MI 48334
Tel: (248)996-8510
emikel@thehlp.com