# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

**JULIA ZIMMERMAN,**

    Plaintiff,

vs.

**ELIZABETH A. PENSLER, D.O., PLLC d/b/a "PENSLER VEIN AND VASCULAR SURGICAL INSTITUTE" and "ELIZABETH FACE + BODY MED SPA",** a Michigan Professional Limited Liability Company, **ELIZABETH A. PENSLER, D.O.,** an Individual, **ELIZABETH MED SPA, PLLC,** A Michigan Professional Limited Liability Company, **DEREK L. HILL, D.O., PLLC d/b/a "HILL ORTHOPEDICS",** a Domestic Professional Limited Liability Company, **DEREK L. HILL, D.O.,** an Individual, *Jointly and severally in their individual and official capacities,*

    Defendants.

Case No: 23-cv-11634
Hon. Nancy G. Edmunds
Mag. Judge Anthony P. Patti

| | |
|---|---|
| **DEBORAH GORDON LAW** | **THE HEALTH LAW PARTNERS, P.C.** |
| Deborah L. Gordon (P27058) | Clinton Mikel (P73496) |
| Elizabeth Marzotto Taylor (P82061) | *Attorneys for the Defendants* |
| Sarah Gordon Thomas (P83935) | 32000 Northwestern Highway, Suite 240 |
| Molly Savage (P84472) | Farmington Hills, MI 48334 |
| *Attorneys for Plaintiff* | Tel: (248)996-8510 |
| 33 Bloomfield Hills Parkway, Suite 220 | cmikel@thehlp.com |
| Bloomfield Hills, Michigan 48304 | |
| (248) 258-2500 | |
| dgordon@deborahgordonlaw.com | |
| emarzottotaylor@deborahgordonlaw.com | |
| sthomas@deborahgordonlaw.com | |
| msavage@deborahgordonlaw.com | |

# MOTION TO WITHDRAW AS COUNSEL

Pursuant to Local Rule 83.25(b)(2), Deborah Gordon Law, attorneys for Plaintiff, moves the Court to allow Molly Savage to withdraw as counsel of record for Plaintiff.

1. Good cause exists to grant the instant motion, as Ms. Savage has left Deborah Gordon Law.

2. Notwithstanding Ms. Savage's withdrawal, Deborah Gordon Law continues to represent Plaintiff.

3. On March 18, 2024, pursuant to Local Rule 7.1, Plaintiff's counsel sought concurrence in the relief sought.

4. On March 18, 2024, counsel for Defendant concurred in the relief sought.

Based on the foregoing, Plaintiff's counsel requests that this Court grant the instant motion and enter an order allowing Molly Savage to withdraw as counsel for Plaintiff.

| | |
|---|---|
| Dated: March 25, 2024 | **DEBORAH GORDON LAW**<br>*/s/Deborah L. Gordon*<br>Deborah L. Gordon (P27058)<br>Elizabeth Marzotto Taylor (P82061)<br>Sarah Gordon Thomas (P83935)<br>*Attorneys for Plaintiff*<br>33 Bloomfield Hills Parkway, Suite 220<br>Bloomfield Hills Michigan 48304<br>(248) 258-2500 |

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

**JULIA ZIMMERMAN,**

    Plaintiff,

vs.

**ELIZABETH A. PENSLER, D.O., PLLC d/b/a "PENSLER VEIN AND VASCULAR SURGICAL INSTITUTE" and "ELIZABETH FACE + BODY MED SPA",** a Michigan Professional Limited Liability Company, **ELIZABETH A. PENSLER, D.O.,** an Individual, **ELIZABETH MED SPA, PLLC,** A Michigan Professional Limited Liability Company, **DEREK L. HILL, D.O., PLLC d/b/a "HILL ORTHOPEDICS",** a Domestic Professional Limited Liability Company, **DEREK L. HILL, D.O.,** an Individual, *Jointly and severally in their individual and official capacities,*

    Defendants.

Case No: 23-cv-11634
Hon. Nancy G. Edmunds
Mag. Judge Anthony P. Patti

| | |
|---|---|
| **DEBORAH GORDON LAW**<br>Deborah L. Gordon (P27058)<br>Elizabeth Marzotto Taylor (P82061)<br>Sarah Gordon Thomas (P83935)<br>Molly Savage (P84472)<br>*Attorneys for Plaintiff*<br>33 Bloomfield Hills Parkway, Suite 220<br>Bloomfield Hills, Michigan 48304<br>(248) 258-2500<br>dgordon@deborahgordonlaw.com<br>emarzottotaylor@deborahgordonlaw.com<br>sthomas@deborahgordonlaw.com<br>msavage@deborahgordonlaw.com | **THE HEALTH LAW PARTNERS, P.C.**<br>Clinton Mikel (P73496)<br>*Attorneys for the Defendants*<br>32000 Northwestern Highway, Suite 240<br>Farmington Hills, MI 48334<br>Tel: (248)996-8510<br>cmikel@thehlp.com |

**BRIEF IN SUPPORT OF MOTION TO WITHDRAW AS COUNSEL**

In support of its Motion to Withdraw Attorney Molly Savage as Counsel for the Plaintiff, Deborah Gordon Law, attorneys for Plaintiff, rely on the rules, law, and facts set forth in its Motion as if fully incorporated herein.

Dated: March 25, 2024

**DEBORAH GORDON LAW**
/s/ *Deborah L. Gordon*
Deborah L. Gordon (P27058)
Elizabeth Marzotto Taylor (P82061)
Sarah Gordon Thomas (P83935)
*Attorneys for Plaintiff*
33 Bloomfield Hills Parkway, Suite 220
Bloomfield Hills Michigan 48304
(248) 258-2500

## CERTIFICATE OF SERVICE

I hereby certify that on March 25, 2024 the foregoing Motion to Withdraw as Counsel and Brief in Support were filed and served via the United States District Court electronic transmission.

/s/ *Amrita Harrinanan*
Amrita Harrinanan