# EXHIBIT 1

**Messages in chronological order** (times are shown in GMT +00:00)

---

 **d1ee979e302af4d294f5c9ed220cce17**

**DH**  **Derek Hill (+12156947312)**  ▶ 5/8/2023, 1:48 PM

In light of todays email, we're going to have to take procedures away from Julia when Elizabeth is not in the building. We can't afford to take the 20% loss on procedure when she does them. We should make sure Varithenas are not being scheduled early, before Elizabeth generally gets there, or when we are out of town. I don't care what she says, we should not change the appointment to her unless 100% Elizabeth is not there. Im not sure why she wants the appointment under her name when Elizabeth is there.

Agreed?

**EP**  **Elizabeth Pensler (+12486335431)**  ◀ 5/8/2023, 2:13 PM

Yes

**EP**  **Elizabeth Pensler (+12486335431)**  ◀ 5/8/2023, 2:13 PM

She has to go

**DH**  **Derek Hill (+12156947312)**  ▶ 5/8/2023, 2:13 PM

💯

**EP**  **Elizabeth Pensler (+12486335431)**  ◀ 5/8/2023, 2:14 PM

I'll see if that PA I met can come in

**DH**  **Derek Hill (+12156947312)**  ▶ 5/8/2023, 2:14 PM

What about Tyler as a replacement if that one doesn't bite?

**DH**  **Derek Hill (+12156947312)**  ▶ 5/8/2023, 2:14 PM

He'll be cheap, hustle, won't bitch, and won't cause problems. He and Daryle could be interchangeable.

**EP**  **Elizabeth Pensler (+12486335431)**  ◀ 5/8/2023, 2:15 PM

No Tyler. He just wants to do Ortho and there isn't enough work him.

**DH**  **Derek Hill (+12156947312)**  ▶ 5/8/2023, 2:15 PM

Ok

**EP**  **Elizabeth Pensler (+12486335431)**  ◀ 5/8/2023, 2:15 PM

When is the last time you talked to Tyler? Can Darryl cover this Wednesday?

**DH**  **Derek Hill (+12156947312)**  ▶ 5/8/2023, 2:16 PM

He can. He'll be there anyways since I'm in Port Huron.

**EP**  **Elizabeth Pensler (+12486335431)**  ◀ 5/8/2023, 2:16 PM

Ok let's get rid of her today.

**DH**  **Derek Hill (+12156947312)**  ▶ 5/8/2023, 2:16 PM

I haven't spoken to him since November.

**DH**  **Derek Hill (+12156947312)**  ▶ 5/8/2023, 2:16 PM

What about Monday?

**DH**  **Derek Hill (+12156947312)**  ▶ 5/8/2023, 2:17 PM

Pavlina is moving any procedures away from her solo time

**EP**  **Elizabeth Pensler (+12486335431)**  ◀ 5/8/2023, 2:17 PM

What's Monday?

00158

| | | | |
|---|---|---|---|
| DH | **Derek Hill (+12156947312)**<br>We land around 11am Monday | ▶ | 5/8/2023, 2:17 PM |
| EP | **Elizabeth Pensler (+12486335431)**<br>Can't Darryl cover | ◀ | 5/8/2023, 2:17 PM |
| DH | **Derek Hill (+12156947312)**<br>Yes! Forgot | ▶ | 5/8/2023, 2:17 PM |
| EP | **Elizabeth Pensler (+12486335431)**<br>Give Darryl the $5000 raise | ◀ | 5/8/2023, 2:18 PM |
| EP | **Elizabeth Pensler (+12486335431)**<br>I'll call that girl | ◀ | 5/8/2023, 2:18 PM |
| DH | **Derek Hill (+12156947312)**<br>I have Straith cases after noon, so can he come help me when you get to office? They don't have first assists there. | ▶ | 5/8/2023, 2:18 PM |
| EP | **Elizabeth Pensler (+12486335431)**<br>Yes. | ◀ | 5/8/2023, 2:19 PM |
| DH | **Derek Hill (+12156947312)**<br>Thanks! 😘 | ▶ | 5/8/2023, 2:22 PM |
| EP | **Elizabeth Pensler (+12486335431)**<br>Pavlina we'll fire her today at 1pm? | ◀ | 5/8/2023, 2:22 PM |
| PG | **Pavlina Goodman (+12486226308)**<br>👍 ok sounds good | ▶ | 5/8/2023, 2:23 PM |
| DH | **Derek Hill (+12156947312)**<br>No notice? Can we use her labor for 2 weeks instead of just giving her 2 weeks pay for nothing? I'm assuming no. | ▶ | 5/8/2023, 2:23 PM |
| EP | **Elizabeth Pensler (+12486335431)**<br>No. I want her out. We'll give her two week's severance | ◀ | 5/8/2023, 2:24 PM |
| DH | **Derek Hill (+12156947312)**<br>👍 | ▶ | 5/8/2023, 2:25 PM |
| EP | **Elizabeth Pensler (+12486335431)**<br>Pavlina set up a meeting with her at 1pm | ◀ | 5/8/2023, 2:25 PM |
| EP | **Elizabeth Pensler (+12486335431)**<br>Derek tell Darryl he can have raise | ◀ | 5/8/2023, 2:25 PM |
| DH | **Derek Hill (+12156947312)**<br>You want me to now? | ▶ | 5/8/2023, 2:25 PM |
| EP | **Elizabeth Pensler (+12486335431)**<br>Is that fine or wait until we talk to Julia | ◀ | 5/8/2023, 2:29 PM |
| PG | **Pavlina Goodman (+12486226308)**<br>Are we for sure firing her today? | ▶ | 5/8/2023, 2:30 PM |
| DH | **Derek Hill (+12156947312)** | ▶ | 5/8/2023, 2:30 PM |

00159

I'll be with him all day. Let me know what happens and I'll let him know of the raise and if she is let go.

**DH** — **Derek Hill (+12156947312)** ▶ 5/8/2023, 2:30 PM
I'll tell him about the raise now.

**EP** — **Elizabeth Pensler (+12486335431)** ◀ 5/8/2023, 2:31 PM
Maybe fire her tomorrow?

**PG** — **Pavlina Goodman (+12486226308)** ▶ 5/8/2023, 2:31 PM
Let's wait until tomorrow. We can fire her, then give Daryl a raise.

**EP** — **Elizabeth Pensler (+12486335431)** ◀ 5/8/2023, 2:32 PM
Okay sounds good. I'm going to get that letter typed up

**PG** — **Pavlina Goodman (+12486226308)** ▶ 5/8/2023, 2:33 PM
We need that Ferndale PA.

**EP** — **Elizabeth Pensler (+12486335431)** ◀ 5/8/2023, 2:33 PM
Okay texting her now

**DH** — **Derek Hill (+12156947312)** ▶ 5/8/2023, 2:34 PM
I just told Daryl $5k. It'll be a little less fishy if it's not the same day. 🫨

**PG** — **Pavlina Goodman (+12486226308)** ▶ 5/8/2023, 2:35 PM
Ok thats good. I'm sure he's happy.

**DH** — **Derek Hill (+12156947312)** ▶ 5/8/2023, 2:35 PM
For sure

**PG** — **Pavlina Goodman (+12486226308)** ▶ 5/8/2023, 2:38 PM
Elizabeth, you have that zoom meeting w Lipton law at 1 today

**EP** — **Elizabeth Pensler (+12486335431)** ◀ 5/8/2023, 2:43 PM
Okay.

**EP** — **Elizabeth Pensler (+12486335431)** ◀ 5/8/2023, 2:44 PM
Maybe Carralis could just see vein pts Wednesday Thursday and Monday mornings. Darryl could see arterial pts.

**PG** — **Pavlina Goodman (+12486226308)** ▶ 5/8/2023, 2:46 PM
Do you want to pay for his liability? It's still 13k

**EP** — **Elizabeth Pensler (+12486335431)** ◀ 5/8/2023, 2:54 PM
I thought only if he does arterial

**EP** — **Elizabeth Pensler (+12486335431)** ◀ 5/8/2023, 2:54 PM
He has his own coverage for veins

**PG** — **Pavlina Goodman (+12486226308)** ▶ 5/8/2023, 2:57 PM
Ok let me check.

00160