## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF MICHIGAN
## SOUTHERN DIVISION

**JULIA ZIMMERMAN,**

      Plaintiff,

vs.

**ELIZABETH A. PENSLER, D.O., PLLC d/b/a "PENSLER VEIN AND VASCULAR SURGICAL INSTITUTE" and "ELIZABETH FACE + BODY MED SPA",** a Michigan Professional Limited Liability Company, **ELIZABETH A. PENSLER, D.O.,** an Individual, **ELIZABETH MED SPA, PLLC,** A Michigan Professional Limited Liability Company, **DEREK L. HILL, D.O., PLLC d/b/a "HILL ORTHOPEDICS",** a Domestic Professional Limited Liability Company, **DEREK L. HILL, D.O.,** an Individual, *Jointly and severally in their individual and official capacities,*

      Defendants.

Case No: 23-cv-11634
Hon. Nancy G. Edmunds
Mag. Judge Anthony P. Patti

---

| | |
|---|---|
| **DEBORAH GORDON LAW** | **THE HEALTH LAW PARTNERS, P.C.** |
| Deborah L. Gordon (P27058) | Clinton Mikel (P73496) |
| Elizabeth Marzotto Taylor (P82061) | Mark V. Breaugh (P84626) |
| Sarah Gordon Thomas (P83935) | *Attorneys for the Defendants* |
| *Attorneys for Plaintiff* | 32000 Northwestern Highway, Suite 240 |
| 33 Bloomfield Hills Parkway, Suite 220 | Farmington Hills, MI 48334 |
| Bloomfield Hills, Michigan 48304 | Tel: (248)996-8510 |
| (248) 258-2500 | cmikel@thehlp.com |
| dgordon@deborahgordonlaw.com | mbreaugh@thehlp.com |
| emarzottotaylor@deborahgordonlaw.com | |
| sthomas@deborahgordonlaw.com | |

## STIPULATED ORDER EXTENDING BRIEFING SCHEDULE UNDER E.D. MICH. LR 7.1 FOR DEFENDANTS' MOTION FOR SUMMARY JUDGMENT [ECF NO. 38]

WHEREAS, Plaintiff has requested and Defendants have agreed to a one-week extension of time for Plaintiff's Response to Defendants' Motion for Summary Judgment [ECF No. 38], initially due May 9, 2025:

IT IS HEREBY STIPULATED AND AGREED by and between the parties hereto by their respective counsel that Plaintiff will file her Response to Defendants' Motion for Summary Judgment [ECF No. 38] by **May 16, 2025**.

SO ORDERED.

s/Nancy G. Edmunds
Nancy G. Edmunds
United States District Judge

Dated: May 5, 2025


AS STIPULATED AND AGREED TO:

**DEBORAH GORDON LAW**
Deborah L. Gordon (P27058)
**/s/ *Elizabeth Marzotto Taylor* (P82061)**
Sarah Gordon Thomas (P83935)
***Attorneys for Plaintiff***
33 Bloomfield Hills Parkway, Suite 220
Bloomfield Hills, Michigan 48304
(248) 258-2500
dgordon@deborahgordonlaw.com
emarzottotaylor@deborahgordonlaw.com
sthomas@deborahgordonlaw.com

**THE HEALTH LAW PARTNERS, P.C.**
**/s/ *Clinton Mikel* (P73496) with consent**
Mark V. Breaugh (P84626)
***Attorneys for the Defendants***
32000 Northwestern Highway, Suite 240
Farmington Hills, MI 48334
Tel: (248)996-8510
cmikel@thehlp.com
mbreaugh@thehlp.com