UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

**JULIA ZIMMERMAN,**

    Plaintiff,

vs.

**ELIZABETH A. PENSLER, D.O., PLLC d/b/a "PENSLER VEIN AND VASCULAR SURGICAL INSTITUTE" and "ELIZABETH FACE + BODY MED SPA",** a Michigan Professional Limited Liability Company, **ELIZABETH A. PENSLER, D.O.,** an Individual, **ELIZABETH MED SPA, PLLC,** A Michigan Professional Limited Liability Company, **DEREK L. HILL, D.O., PLLC d/b/a "HILL ORTHOPEDICS",** a Domestic Professional Limited Liability Company, **DEREK L. HILL, D.O.,** an Individual, *Jointly and severally in their individual and official capacities,*

    Defendants.

Case No: 23-cv-11634
Hon. Nancy G. Edmunds
Mag. Judge Anthony P. Patti

| **DEBORAH GORDON LAW** | **THE HEALTH LAW PARTNERS, P.C.** |
|---|---|
| Deborah L. Gordon (P27058) | Clinton Mikel (P73496) |
| Elizabeth Marzotto Taylor (P82061) | Mark V. Breaugh (P84626) |
| Sarah Gordon Thomas (P83935) | ***Attorneys for the Defendants*** |
| Morry Daniel Hutton (P81188) | 32000 Northwestern Highway, Suite 240 |
| ***Attorneys for Plaintiff*** | Farmington Hills, MI 48334 |
| 33 Bloomfield Hills Parkway, Suite 220 | Tel: (248)996-8510 |
| Bloomfield Hills, Michigan 48304 | cmikel@thehlp.com |
| (248) 258-2500 | mbreaugh@thehlp.com |
| dgordon@deborahgordonlaw.com | |
| emarzottotaylor@deborahgordonlaw.com | |
| sthomas@deborahgordonlaw.com | |
| mhutton@deborahgordonlaw.com | |

## PLAINTIFFS' EX-PARTE MOTION FOR LEAVE TO FILE A RESPONSE BRIEF THAT EXCEEDS THE PAGE LIMIT

**Plaintiff Julia Zimmerman** hereby requests leave to file a Brief in Response to Defendant's Motion for Summary Judgment, which exceeds the 25-page limit for briefs set forth in LR 7.1 (d)(3)(A).

Plaintiff seeks to file a brief that is 37 pages in length. Plaintiff has made a good faith effort to reduce the length of her Brief without sacrificing clarity, and while still adequately addressing the complex issues presented in this case and the instant dispute.

For these reasons, Plaintiff respectfully request that this Honorable Court grant their Motion for Leave to File a Response Brief that Exceeds the Page Limit.

Dated: May 16, 2025            **DEBORAH GORDON LAW**
                               /s/Deborah L. Gordon (P27058)
                               *Attorney for Plaintiff*
                               33 Bloomfield Hills Parkway, Suite 220
                               Bloomfield Hills Michigan 48304
                               (248) 258-2500
                               dgordon@deborahgordonlaw.com

## CERTIFICATE OF SERVICE

I hereby certify that on May 16, 2025, I electronically filed the foregoing document with the Clerk of the Court using the ECF system, which will send notification of such filing and service of said documents to all parties through their counsel of record.

**DEBORAH GORDON LAW**
/s/Deborah L. Gordon (P27058)
Attorney for Plaintiff
33 Bloomfield Hills Parkway, Suite 220
Bloomfield Hills Michigan 48304
(248) 258-2500
dgordon@deborahgordonlaw.com

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

**JULIA ZIMMERMAN,**

    Plaintiff,

vs.

**ELIZABETH A. PENSLER, D.O., PLLC d/b/a "PENSLER VEIN AND VASCULAR SURGICAL INSTITUTE" and "ELIZABETH FACE + BODY MED SPA",** a Michigan Professional Limited Liability Company, **ELIZABETH A. PENSLER, D.O.,** an Individual, **ELIZABETH MED SPA, PLLC,** A Michigan Professional Limited Liability Company, **DEREK L. HILL, D.O., PLLC d/b/a "HILL ORTHOPEDICS",** a Domestic Professional Limited Liability Company, **DEREK L. HILL, D.O.,** an Individual, *Jointly and severally in their individual and official capacities,*

    Defendants.

Case No: 23-cv-11634
Hon. Nancy G. Edmunds
Mag. Judge Anthony P. Patti

---

| **DEBORAH GORDON LAW** | **THE HEALTH LAW PARTNERS, P.C.** |
|---|---|
| Deborah L. Gordon (P27058) | Clinton Mikel (P73496) |
| Elizabeth Marzotto Taylor (P82061) | Mark V. Breaugh (P84626) |
| Sarah Gordon Thomas (P83935) | ***Attorneys for the Defendants*** |
| Morry Daniel Hutton (P81188) | 32000 Northwestern Highway, Suite 240 |
| ***Attorneys for Plaintiff*** | Farmington Hills, MI 48334 |
| 33 Bloomfield Hills Parkway, Suite 220 | Tel: (248)996-8510 |
| Bloomfield Hills, Michigan 48304 | cmikel@thehlp.com |
| (248) 258-2500 | mbreaugh@thehlp.com |
| dgordon@deborahgordonlaw.com | |
| emarzottotaylor@deborahgordonlaw.com | |
| sthomas@deborahgordonlaw.com | |
| mhutton@deborahgordonlaw.com | |

## PLAINTIFF'S BRIEF IN SUPPORT OF HER EX-PARTE MOTION FOR LEAVE TO FILE A RESPONSE BRIEF THAT EXCEEDS THE PAGE LIMIT

**Plaintiff Julia Zimmerman** hereby requests leave to file a Brief in Response to Defendant's Motion for Summary Judgment, which exceeds the 25-page limit for briefs set forth in LR 7.1 (d)(3)(A). Plaintiff seeks to file a brief that is 37 pages in length.

Relying on the facts and law set forth in the above motion, Plaintiff respectfully requests that this Honorable Court grant her Motion for Leave to File a Response Brief that Exceeds the Page Limit.

Dated: May 16, 2025

**DEBORAH GORDON LAW**
/s/Deborah L. Gordon (P27058)
Attorneys for Plaintiff
33 Bloomfield Hills Parkway, Suite 220
Bloomfield Hills, Michigan 48304
(248) 258-2500
dgordon@deborahgordonlaw.com

## CERTIFICATE OF SERVICE

I hereby certify that on May 16, 2025, I electronically filed the foregoing document with the Clerk of the Court using the ECF system, which will send notification of such filing and service of said documents to all parties through their counsel of record.

**DEBORAH GORDON LAW**
/s/Deborah L. Gordon (P27058)
Attorneys for Plaintiff
33 Bloomfield Hills Parkway, Suite 220
Bloomfield Hills, Michigan 48304
(248) 258-2500
dgordon@deborahgordonlaw.com