UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

JULIA ZIMMERMAN,

    Plaintiff,

vs.

ELIZABETH A. PENSLER, D.O., PLLC d/b/a "PENSLER VEIN AND VASCULAR SURGICAL INSTITUTE" and "ELIZABETH FACE + BODY MED SPA", a Michigan Professional Limited Liability Company, ELIZABETH A. PENSLER, D.O., an Individual, ELIZABETH MED SPA, PLLC, A Michigan Professional Limited Liability Company, DEREK L. HILL, D.O., PLLC d/b/a "HILL ORTHOPEDICS", a Domestic Professional Limited Liability Company, DEREK L. HILL, D.O., an Individual, *Jointly and severally in their individual and official capacities,*

    Defendants.

Case No: 23-cv-11634
Hon. Nancy G. Edmunds
Mag. Judge Anthony P. Patti

| | |
|---|---|
| **DEBORAH GORDON LAW** | **THE HEALTH LAW PARTNERS, P.C.** |
| Deborah L. Gordon (P27058) | Clinton Mikel (P73496) |
| Elizabeth Marzotto Taylor (P82061) | Mark V. Breaugh (P84626) |
| Sarah Gordon Thomas (P83935) | *Attorneys for the Defendants* |
| Morry Daniel Hutton (P81188) | 32000 Northwestern Highway, Suite 240 |
| *Attorneys for Plaintiff* | Farmington Hills, MI 48334 |
| 33 Bloomfield Hills Parkway, Suite 220 | Tel: (248)996-8510 |
| Bloomfield Hills, Michigan 48304 | cmikel@thehlp.com |
| (248) 258-2500 | mbreaugh@thehlp.com |
| dgordon@deborahgordonlaw.com | |
| emarzottotaylor@deborahgordonlaw.com | |
| sthomas@deborahgordonlaw.com | |
| mhutton@deborahgordonlaw.com | |

**PLAINTIFF'S EXHIBIT LIST**

| | |
|---|---|
| EXHIBIT 1 | Plaintiff's Resume |
| EXHIBIT 2 | Plaintiff's Deposition Transcript |
| EXHIBIT 3 | Plaintiff's Responses to Defendants' Requests to Admit |
| EXHIBIT 4 | Dr. Elizabeth Pensler Deposition Transcript |
| EXHIBIT 5 | Dr. Derek Hill Deposition Transcript |
| EXHIBIT 6 | Offer Letter |
| EXHIBIT 7 | Email regarding start date |
| EXHIBIT 8 | Simrath Davison Deposition Transcript |
| EXHIBIT 9 | January 21, 2023 Complaint |
| EXHIBIT 10 | January 27, 2023 Complaint |
| EXHIBIT 11 | February 23, 2023 AAPA Summary of Medicare Incident To Billing |
| EXHIBIT 12 | March 1, 2023 Complaint |
| EXHIBIT 13 | March 8-13, 2023 Complaint and Response |
| EXHIBIT 14 | March 16, 2023 Complaint |
| EXHIBIT 15 | April 13, 2023 Complaint |
| EXHIBIT 16 | April 14, 2023 Text Messages |
| EXHIBIT 17 | May 8, 2023 Complaint |
| EXHIBIT 18 | May 8, 2023 Text Messages |
| EXHIBIT 19 | Federal Register – CMS COVID Rule |
| EXHIBIT 20 | LARA Business Entity Information |

3

EXHIBIT 21     Unpublished Cases