UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

Julia Zimmerman,

      Plaintiff(s),

v.                Case No. 2:23−cv−11634−NGE−APP
               Hon. Nancy G. Edmunds

Elizabeth A. Pensler, D.O.,
PLLC, et al.,

      Defendant(s),

## NOTICE OF DETERMINATION OF MOTION
## WITHOUT ORAL ARGUMENT

The following motion(s) have been filed:

  Motion for Summary Judgment – #38

Pursuant to Eastern District of Michigan LR 7.1(f)(2), the motion(s) will be determined by District Judge Nancy G. Edmunds *without* oral argument.

Courtesy copies are not required.

### Certificate of Service

I hereby certify that this Notice was electronically filed, and the parties and/or counsel of record were served.

            By: s/Marlena A Williams
               Case Manager

Dated:  July 17, 2025