UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

Julia Zimmerman,

                Plaintiff,

                          Case No. 23-11634

v.

                          Judith E. Levy

Elizabeth A. Pensler, D.O., P.L.L.C   United States District Judge
*et al*,

                          Mag. Judge Anthony P. Patti

              Defendants.

_____/

## AMENDED SCHEDULING ORDER

The Court held a status conference in the above captioned matter on April 9, 2026. IT IS HEREBY ORDERED that the following amended scheduling order is entered:

| EVENT | DEADLINE |
|---|---|
| Email the Court's Case Manager with a proposed Alternative Dispute Resolution plan: | **April 13, 2026** |
| **Joint** Final Pretrial Order submitted by: | **May 20, 2026** |
| Final Pretrial Conference: | **May 27, 2026, at 2:00 p.m.** |
| Proposed Joint Jury Instructions & Verdict Form submitted by: | **June 2, 2026** |

| Trial Date: | **June 9, 2026, at 8:30 a.m.** |
|---|---|
| **JURY TRIAL** ||

## Expert Discovery

If the Court has set no specific deadlines for the disclosure and timing of expert testimony, Fed. R. Civ. P. 26(a)(2)(D) will govern the disclosure and timing of expert testimony.

## Practice Guidelines

The parties are required to review and comply with this Court's practice guidelines, which are located at: http://www.mied.uscourts.gov/index.cfm?pageFunction=chambers&judgeid=44.

## Discovery Disputes

The parties are required to first confer and attempt to narrow any disagreements regarding discovery.  E.D. Mich. Local R. 37.1.

In the event a dispute still exists after the parties confer, the Court's practice guidelines require parties to contact the Court's Case Manager via email prior to filing any discovery motions.  The Court will then hold a video status conference with the parties regarding the subject of the dispute.  The Court will only permit discovery motions to be filed

after it holds a conference on the dispute; discovery motions filed without

leave of Court will be stricken from the docket.

Dated: April 9, 2026                     s/Judith E. Levy
Ann Arbor, Michigan                      JUDITH E. LEVY
                                         United States District Judge

## CERTIFICATE OF SERVICE

The undersigned certifies that the foregoing document was served upon counsel of record and any unrepresented parties via the Court's ECF System to their respective email or First-Class U.S. mail addresses disclosed on the Notice of Electronic Filing on April 9, 2026.

                                         s/Caitlin Shrum
                                         CAITLIN SHRUM on behalf of
                                         WILLIAM BARKHOLZ
                                         Case Manager