# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

**JULIA ZIMMERMAN,**

    Plaintiff,

vs.

Case No: 23-cv-11634
Hon. Nancy G. Edmunds
Mag. Judge Anthony P. Patti

**ELIZABETH A. PENSLER, D.O., PLLC d/b/a "PENSLER VEIN AND VASCULAR SURGICAL INSTITUTE" and "ELIZABETH FACE + BODY MED SPA",** a Michigan Professional Limited Liability Company, **ELIZABETH A. PENSLER, D.O.,** an Individual, **ELIZABETH MED SPA, PLLC,** A Michigan Professional Limited Liability Company, **DEREK L. HILL, D.O., PLLC d/b/a "HILL ORTHOPEDICS",** a Domestic Professional Limited Liability Company, **DEREK L. HILL, D.O.,** an Individual, *Jointly and severally in their individual and official capacities,*

    Defendants.

| **DEBORAH GORDON LAW** | **THE HEALTH LAW PARTNERS, P.C.** |
|---|---|
| Deborah L. Gordon (P27058) | |
| Elizabeth Marzotto Taylor (P82061) | Clinton Mikel (P73496) |
| Sarah Gordon Thomas (P83935) | Mark V. Breaugh (P84626) |
| ***Attorneys for Plaintiff*** | ***Attorneys for the Defendants*** |
| 33 Bloomfield Hills Parkway, Suite 220 | 32000 Northwestern Highway, Suite 240 |
| Bloomfield Hills, Michigan 48304 | Farmington Hills, MI 48334 |
| (248) 258-2500 | Tel: (248)996-8510 |
| dgordon@deborahgordonlaw.com | cmikel@thehlp.com |
| emarzottotaylor@deborahgordonlaw.com | mbreaugh@thehlp.com |
| sthomas@deborahgordonlaw.com | |

# NOTICE OF WITHDRAWAL OF ATTORNEY
# AND REMOVAL FROM ECF NOTICES

To:   CLERK OF THE COURT
      All Counsel of Records

Pursuant to Rule 83.25(b) of the Local Rules for the United States District Court for the Eastern District of Michigan, Morry D. Hutton of Deborah Gordon Law hereby withdraws as counsel for Plaintiff, in the above-captioned case and should be removed from the ECF service list. A Proposed Order is being submitted herewith under utilities.

Deborah L. Gordon, Elizabeth Marzotto Taylor, and Sarah Gordon Thomas of Deborah Gordon Law, will continue their representation of Plaintiff in this matter and shall continue to receive all future notices, pleadings, filings, etc. be directed to them through the Court's ECF system.

Dated: April 13, 2026

**DEBORAH GORDON LAW**
/s/ **Deborah L. Gordon**
Deborah L. Gordon (P27058)
Elizabeth Marzotto Taylor (P82061)
Sarah Gordon Thomas (P83935)
*Attorneys for Plaintiff*
33 Bloomfield Hills Parkway, Suite 220
Bloomfield Hills Michigan 48304
(248) 258-2500

## CERTIFICATE OF SERVICE

I hereby certify that on April 13, 2026, I electronically filed the foregoing document and this Certificate of Service through the eFile & eServe system, which will send notification of such filing to all attorneys of record.

**DEBORAH GORDON LAW**
/s/ **Deborah L. Gordon**
Deborah L. Gordon (P27058)

2

Elizabeth Marzotto Taylor (P82061)
Sarah Gordon Thomas (P83935)
*Attorneys for Plaintiff*
33 Bloomfield Hills Parkway, Suite 220
Bloomfield Hills Michigan 48304
(248) 258-2500