UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

**JULIA ZIMMERMAN,**

      Plaintiff,

vs.

**ELIZABETH A. PENSLER, D.O., PLLC d/b/a "PENSLER VEIN AND VASCULAR SURGICAL INSTITUTE" and "ELIZABETH FACE + BODY MED SPA",** a Michigan Professional Limited Liability Company, **ELIZABETH A. PENSLER, D.O.,** an Individual, **ELIZABETH MED SPA, PLLC,** A Michigan Professional Limited Liability Company, **DEREK L. HILL, D.O., PLLC d/b/a "HILL ORTHOPEDICS",** a Domestic Professional Limited Liability Company, **DEREK L. HILL, D.O.,** an Individual, *Jointly and severally in their individual and official capacities,*

      Defendants.

Case No: 23-cv-11634
Hon. Judith E. Levy
Mag. Judge Anthony P. Patti

| | |
|---|---|
| **DEBORAH GORDON LAW** | **THE HEALTH LAW PARTNERS, P.C.** |
| Deborah L. Gordon (P27058) | |
| Elizabeth Marzotto Taylor (P82061) | Clinton Mikel (P73496) |
| Sarah Gordon Thomas (P83935) | Mark V. Breaugh (P84626) |
| ***Attorneys for Plaintiff*** | ***Attorneys for the Defendants*** |
| 33 Bloomfield Hills Parkway, Suite 220 | 32000 Northwestern Highway, Suite 240 |
| Bloomfield Hills, Michigan 48304 | Farmington Hills, MI 48334 |
| (248) 258-2500 | Tel: (248)996-8510 |
| dgordon@deborahgordonlaw.com | cmikel@thehlp.com |
| emarzottotaylor@deborahgordonlaw.com | mbreaugh@thehlp.com |
| sthomas@deborahgordonlaw.com | |

## STIPULATED ORDER HOLDING CASE IN ABEYANCE

The parties, by and through their undersigned counsel, hereby stipulate that this case shall be held in abeyance until October 5, 2026, or the entry of an order otherwise disposing of the case.

**AS STIPULATED AND AGREED:**

| | |
|---|---|
| **DEBORAH GORDON LAW** | **THE HEALTH LAW PARTNERS,** |
| Deborah L. Gordon (P27058) | **P.C.** |
| _/s/ Elizabeth Marzotto Taylor_ | Clinton Mikel (P73496) |
| _(P82061)_ | _/s/ Mark V. Breaugh (P84626) with_ |
| Sarah Gordon Thomas (P83935) | _permission_ |
| _Attorneys for Plaintiff_ | _Attorneys for the Defendants_ |
| 33 Bloomfield Hills Parkway, Suite 220 | 32000 Northwestern Highway, Suite 240 |
| Bloomfield Hills, Michigan 48304 | Farmington Hills, MI 48334 |
| (248) 258-2500 | Tel: (248)996-8510 |
| dgordon@deborahgordonlaw.com | cmikel@thehlp.com |
| emarzottotaylor@deborahgordonlaw.com | mbreaugh@thehlp.com |
| sthomas@deborahgordonlaw.com | |

SO ORDERED.


Date: May 20, 2026                          s/Judith E. Levy
    Ann Arbor, Michigan                JUDITH E. LEVY
                                   United States District Judge